## IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | |
| V. | * | NO: 4:12CR00141 SWW |
| | * | |
| GUSTAVO CESAR MARTINEZ | * | |
| BRIONES A/K/A ADAM | * | |
| | * | |

## FINAL ORDER OF FORFEITURE

On May 30, 2013, the Court entered a Preliminary Order of Forfeiture ordering Martinez Briones to forfeit his interest in one Phoenix Arms .25 caliber pistol, bearing serial number 3087613, and all ammunition (collectively, "forfeited property"). *See* ECF No. 33. The Order provided that it would become final as to Martinez Briones at the time of sentencing and would become a final order of forfeiture if no third party filed a timely claim to the forfeited property. The Court has sentenced Martinez Briones, and no one has filed a claim to the forfeited property. The preliminary order of forfeiture, therefore, ripens into a final order of forfeiture. The United States now has all right, title, and interest in the forfeited property. Any prior claims in and against the forfeited property are extinguished and declared void. The property shall be turned over to the United States Marshals Service and disposed of according to law.

IT IS SO ORDERED THIS 3RD DAY OF OCTOBER, 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE